AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JORGE DE DIOS-GAYTAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3182-BEN

I, JORGE DE DIOS-GAYTAN, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/27/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jorge De Dios G._
Defendant

_H P Rogers_
Defense Counsel

Before _____
Judicial Officer