1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant United States Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-6327 (Telephone)/619 235-2757 (Fax)
   E-mail: George.Manahan@usdoj.gov
6
   Attorneys for Respondent-Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Criminal Case No. 07-CR-3182-BEN
                                    )
11             Plaintiff,           )
                                    )    NOTICE OF APPEARANCE
12        v.                        )
                                    )
13 JORGE DE DIOS-GAYTAN,            )
                                    )
14             Defendant.           )
                                    )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20    Effective this date, the following attorneys are no longer associated with this case and should not

21 receive any further Notices of Electronic Filings relating to activity in this case:

22        Name:

23             U S Attorney CR.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  Please feel free to call me if you have any questions about this notice.

2  DATED: January 23, 2008.

3                                                                KAREN P. HEWITT
                                                                  United States Attorney
4

5                                                                *s/ George V. Manahan*
                                                                  George V. Manahan
6                                                                 Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Appearance
    United States v. Jorge De Dios-Gaytan                                                07-cr-3182

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORGE DE DIOS-GAYTAN, )<br>)<br>Defendant. )<br>) | Criminal Case No. 07-CR-3182-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Heather Rogers
   The Law Offices of Heather Rogers
   427 C Street
   Suite 300
   San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 23, 2008.

s/ *George V. Manahan*
GEORGE V. MANAHAN

Notice of Appearance
United States v. Jorge De Dios-Gaytan                              07-cr-3182

3